# In the United States Court of Federal Claims

No. 17-130C

(Filed: October 23, 2018)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JERRY LEE KEY,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

This matter comes before the Court on Plaintiff's motion for voluntary dismissal pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims. Plaintiff's motion for voluntary dismissal pursuant to Rule 41(a) is **GRANTED**. The Clerk of Court is directed to dismiss this action without prejudice.

*/s/ Mary Ellen Coster Williams*
MARY ELLEN COSTER WILLIAMS
Senior Judge

7018 0040 0001 1393 3192